February 7, 1969

## Anderson et al., Appellants, v. Van Camp.

Before GUTO-WICZ, J., without a jury.

Argued December 9, 1968.
*Stanton A. Berkowitz,* for appellant; *Jacob Kalish,* with him *Dilworth, Paxson, Kalish, Kohn & Levy,* for appellee.

Judgment affirmed.

## Baird v. Phillips, Appellant.

Before WOOD, J.

Argued December 11, 1968.
*John P. Campana,* with him *Campana & Campana,* for appellant; *Daniel F. Knittle,* for appellee.

Order and judgment affirmed.

## Ballard Appeal.

Before ROSENBERG, J.

Argued December 11, 1968. *Benjamin Lerner* with him *Richard A. Ash,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Richard Max Bockol,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Orders affirmed.